UNITED STATES DISTRICT COURT                ECF CASE

SOUTHERN DISTRICT OF NEW YORK           08 CV 00487 (WHP)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>       Plaintiff,<br> - against -<br><br>Q.P.S. MATERIALS INC.,<br><br>       Defendant. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

   Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY      CICHANOWICZ CALLAN KEANE VENGROW
                & TEXTOR, LLP, 61 Broadway, Ste. 3000
   January 16, 2007      New York, NY 10006 – Tel. 212-344-7042


             By: /s/_____Joseph De May, Jr.._____
               Joseph De May, Jr. [JD-9105]
               Attorneys for Plaintiff