UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ECF CASE

08 CV 00487 (WHP)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

Plaintiff,

- against -

Q.P.S. MATERIALS INC.,

Defendants.

---

SUMMONS AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA.

To the Marshal of the U.S. District Court for the Southern District of New York, GREETINGS:

WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff and praying that process of attachment and garnishment be issued;

WHEREAS, said Verified Complaint is supported by a declaration that the defendant, Q.P.S. MATERIALS INC., cannot be found in this District;

NOW, THEREFORE, we do hereby command that you attach defendant, Q.P.S. MATERIALS INC.'s goods, chattels, credits, and effects up to the amount sued for, namely: the property of defendant within the District, including monies owed to defendant by, or otherwise held by the following garnishees, to the extent of $23,330.00:

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

BANK OF AMERICA
345 Park Avenue, New York, NY

BANK OF CHINA
410 Madison Avenue, New York, NY

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

BARCLAY'S BANK
200 Park Avenue, New York, NY

BNP PARIBAS
787 Seventh Avenue, New York, NY

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

CREDIT SUISSE FIRST BOSTON
One Madison Avenue, New York, NY

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

WACHOVIA BANK
360 Madison Avenue, New York, NY

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

Garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendants are required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain

Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane,

Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer

within 30 days after process has been executed, whether by attachment of property or service on the

garnishee

WITNESS, The Honorable Judges of this
Court on this _28_ day of September, 2007

J. Michael McMahon, Clerk

By: _Lori Aguines_

Deputy Clerk

J. MICHAEL McMAHON, CLERK

BY _____ DEPUTY CLERK

3

UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 00487 (WHP)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                          Plaintiff,            DECLARATION OF SERVICE
              - against -

Q.P.S. MATERIALS INC.,

                          Defendant.

JAMIE RODRIGUEZ declares that the following statement is true under the penalties of

perjury:

1.    I am over the age of 18 years and I am not a party to this action.

2.    On the dates and at the addresses set out in the attached list filled in by me, I

served true and complete copies of the following process and pleadings in this case upon the

garnishees also set out in the attached list:

    (a)    Process of maritime attachment and garnishment;

    (b)    Court order granting attachment;

    (c)    Court order allowing for substitute process server;

    (d)    Plaintiff's Supplemental Admiralty Rule B declaration;

    (e)    Plaintiff's Memorandum in support of attachment;

    (f)    Plaintiff's summons;

    (g)    Plaintiff's complaint;

    (h)    Plaintiff's corporate disclosure statement;

For each garnishee, service was made by personal delivery to the person identified and described

in the attached list; and each such personal represented to me that he or she was authorized to

receive service of process for that garnishee.


Dated: New York, New York

      February 20, 2008

/s/      Jamie Rodriguez

             JAMIE RODRÍGUEZ

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

Date Served: 2-14-08

Name of Person Served: Michael Antonivich

Job Title of Person Served: Managing Clerk

    Gender: Male

    Hair Color: Greyish / Brown

    Approximate Height: 6 ft.

    Approximate Weight: 155

    Approximate Age: 45


BANK OF AMERICA
345 Park Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Louis D'Agostino

Job Title of Person Served: Vice President.

    Gender: Male

    Hair Color: Grey / White

    Approximate Height: 5-8

    Approximate Weight: 145

    Approximate Age: 62


~~BANK OF CHINA~~
~~410 Madison Avenue, New York, NY~~

~~Date Served:~~

Name of Person Served:

~~Job Title of Person Served:~~

~~Gender:~~

~~Hair Color:~~

~~Approximate Height:~~

~~Approximate Weight:~~

~~Approximate Age:~~

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

Date Served: 2-12-08

Name of Person Served: voul el P. Muccalli

Job Title of Person Served: Legal administrar.

    Gender: Female

    Hair Color: Grey/Blond

    Approximate Height: 5-8

    Approximate Weight: 130

    Approximate Age: 29

BARCLAY'S BANK
200 Park Avenue, New York, NY

Date Served: 2-13-08

Name of Person Served: Alan B. Kaplan

Job Title of Person Served: Deputy General Counsel

    Gender: Male.

    Hair Color: Grey

    Approximate Height: 5-2

    Approximate Weight: 135

    Approximate Age: 50

BNP PARIBAS
787 Seventh Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Denise Campbell

Job Title of Person Served:

    Gender: Female

    Hair Color: Blond

    Approximate Height: 5-2

    Approximate Weight: 125

    Approximate Age: 30

CITIBANK, N.A.
1 Court Square, 7th Floor, Zone 5, Long Island City, NY
Legal Service Intake Unit

Date Served: 2 - 15 - 08

Name of Person Served: Russum Abi Sally / Legal Service Intake Unit

Job Title of Person Served: Asst. Vice President / Legal Service Intake Unit

Gender: male

Hair Color: Black / Gray

Approximate Height: 5-5

Approximate Weight: 135

Approximate Age: 45


CREDIT SUISSE FIRST BOSTON
One Madison Avenue, Legal & Compliance, New York, NY

Date Served: 2/13/08

Name of Person Served: Kathrin Mahgerefteh.

Job Title of Person Served: Asst. Vice President / Legal & compliance.

Gender: female.

Hair Color: Blond.

Approximate Height: 5-3

Approximate Weight: 125

Approximate Age: 30


HSBC (USA) BANK
452 Fifth Avenue, New York, NY

Date Served: 2-15-08

Name of Person Served: Esther Akinsanya.

Job Title of Person Served: Customer Service

Gender: female.

Hair Color: Black

Approximate Height: 5-2

Approximate Weight: 125

Approximate Age: 25

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, Floor 20, New York, NY

Date Served: 2/2/08

Name of Person Served: Doreen Bertone.

Job Title of Person Served: Legal specialist III

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 140

    Approximate Age: 58

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

Date Served: 2/13/08

Name of Person Served: Johanny Terrero

Job Title of Person Served: Legal Dept.

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 135

    Approximate Age: 30

WACHOVIA BANK
360 Madison Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Ever Garcia

Job Title of Person Served:

    Gender: Black

    Hair Color: Black

    Approximate Height: 5-10

    Approximate Weight: 140

    Approximate Age: 30