LAW OFFICES OF

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW'
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DECHARLES†‡

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

‡ALSO ADMITTED TO DISTRICT OF
 COLUMBIA, MAINE & NEW JERSEY
'ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
†ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

March 10, 2008

BY HAND

**MEMO ENDORSED**

The Honorable William H. Pauley, U.S.D.J.
The U.S. Courthouse
500 Pearl Street
New York, NY

RE:    Nippon Yusen Kaisha v. Q.P.S. Materials, Inc.
       08 CV 0487 (WHP) (S.D.N.Y.)
       Our File:  9084/PMK

Your Honor:

     We are the attorneys for plaintiff in the above captioned matter.  We write to ask whether the Court still wishes the scheduled March 14th initial conference to go forward since the only named defendant has apparently defaulted.

     This is a Rule B maritime attachment case for $23,330.00.  To date we have attached only $1,500.  Defendant was personally served with the summons and complaint on February 8, 2008.  The service copies included a notation as to the time and date of this Friday's conference.  To date, we have received no Rule 12 motion or responsive pleading, and no one has contacted us on defendant's behalf to ask for an extension of time.  Therefore, we assume that the only one who would appear at the conference would be the undersigned.

*Application granted*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
3/14/08

*The conference is adjourned to May 9, 2008 at 10:30 a.m.*

Respectfully,
CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR, LLP

By:    *[signature]*
       Joseph De May, Jr. [JD-9105]