```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____           │
│ DATE FILED: 5/19/08               │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NIPPON YUSEN KAISHA a/k/a NYK LINE,          :

                              Plaintiff,     :          08 Civ. 487 (WHP)

        -against-                            :          SCHEDULING ORDER

Q.P.S. MATERIALS INC.,                       :

                              Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        A status conference shall take place May 30, 2008 at 10:30 a.m.

Dated:  May 9, 2008
        New York, New York

                              SO ORDERED:


                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.


*Counsel of record:*

Joseph F. De May, Jr., Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway
New York, NY 10006-2802
*Counsel for Plaintiff*

-1-