UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NIPPON YUSEN KAISHA a/k/a NYK LINE,  :

                    Plaintiff,    :

     -against-                           :

Q.P.S. MATERIALS INC.,                 :

                    Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 487 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: June 27, 2008
       New York, New York

                                         SO ORDERED:

                                         WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of record:*

Joseph F. De May, Jr., Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway
New York, NY 10006-2802
*Counsel for Plaintiff*